**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: J.N.D.B., A MINOR | : No. 435 EAL 2021 |
| | : |
| | : |
| PETITION OF: S.B., GRANDMOTHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | |
| IN THE INTEREST OF: M.R.M., A MINOR | : No. 436 EAL 2021 |
| | : |
| | : |
| PETITION OF: S.B., GRANDMOTHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.